IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

Civil Action No. 2010-CV-232-RPM

MANUELA HERNANDEZ-CALDERON

Plaintiff,

CHRISTINA M. COUSIN, individually, and,
U.S. XPRESS, INC.

Defendants.
_____

## ORDER GRANTING UNOPPOSED MOTION FOR PROTECTIVE ORDER
_____

THIS MATTER, having come before this Court upon the Unopposed Motion for Protective Order, as filed by Defendants, Christina M. Cousin and U.S. Xpress, Inc., on July 7, 2010, and, the Court having been advised in the premises,

IT IS HEREBY ORDERED, that said Unopposed Motion for Protective Order is GRANTED.

FURTHER, this Court hereby makes the Confidentiality Stipulation and Protective Order [11-1], as signed by the parties, an Order of this Court.

Dated this 8th day of July, 2010.

BY THE COURT:

s/Richard P. Matsch
_____
Richard P. Matsch, United States District Court Judge