IN THE UNTIED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 10-cv-00232-RPM

**MANUELA HERNANDEZ-CALDERON.**

    Plaintiff,

v.

**Defendants: CHRISTINA M. COUSIN, individually, and U.S. XPRESS, INC.**

    Defendants.

_____

**ORDER GRANTING PLAINTIFF'S MOTION TO FILE UNDER SEAL EXHIBITS 4, 5, 8, 14, AND 16 OF PLAINTIFF'S MOTION TO AMEND THE COMPLAINT TO INCLUDE A CLAIM FOR EXEMPLARY DAMAGES AGAINST DEFENDANTS**
_____

Upon consideration of Plaintiff's Motion to File Under Seal Exhibits 4, 5, 8, 14, 16 of Plaintiff's Motion to Amend the Complaint to Include a Claim for Exemplary Damages Against Defendants [16], filed on October 4, 2010, it

ORDERED that the motion is granted and Exhibits 4, 5, 8, 14, and 16 to the motion to amend the complaint [15] are sealed and it is

FURTHER ORDERED that the motion to amend the complaint [15] filed on October 1, 2010, is granted.

Dated this 4th day of October, 2010.

                          By the Court:

                          s/Richard P. Matsch
                          _____
                          Richard P. Matsch, Senior Judge