IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 10-cv-00232-RPM

MANUELA HERNANDEZ-CALDERON,

    Plaintiff,

v.

CHRISTINA M. COUSIN and
U.S. XPRESS, INC.,

    Defendants.

---

## ORDER DENYING MOTION FOR RECONSIDERATION
---

On October 7, 2010, the defendants filed a motion for reconsideration of this Court's Order of October 4, 2010, granting the plaintiff's motion to amend the complaint to include a claim for exemplary damages. It is

ORDERED that the motion for reconsideration is denied.

DATED:    October 12th, 2010

                                BY THE COURT:

                                s/Richard P. Matsch
                                _____
                                Richard P. Matsch, Senior Judge