IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 10-cv-00232-RPM

MANUELA HERNANDEZ-CALDERON,

    Plaintiff,

v.

CHRISTINA M. COUSIN and
U.S. XPRESS, INC.,

    Defendants.

_____

## ORDER FOR DISMISSAL
_____

Pursuant to the Stipulation for Dismissal with Prejudice [27] filed today, it is

ORDERED that this action is dismissed with prejudice, each party to pay their own fees and costs.

DATED:   April 15th, 2011

                                      BY THE COURT:

                                      s/Richard P. Matsch

                                      _____
                                      Richard P. Matsch, Senior Judge